AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jessica Louise Bustle | ) | Case No. 21 – mj – 280 |
| | ) | |
| | ) | |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ _____ Jessica Louise Bustle _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment ❑ Superseding Indictment ❑ Information ❑ Superseding Information ☒ Complaint
❑ Probation Violation Petition ❑ Supervised Release Violation Petition ❑ Violation Notice ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) – Knowingly Entering or Remaining in any Restricted Building or Grounds
Without Lawful Authority,
18 U.S.C. § 1752(a)(2) – Knowingly Engaging in Disorderly or Disruptive Conduct in Restricted Building
or Grounds,
40 U.S.C. § 5104(e)(2)(D) – Violent Entry and Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) – Parading, Demonstrating, or Picketing in Capitol Buildings.

2021.03.04
21:56:22
-05'00'

Date:      03/04/2021 _____        _____
                                                         _Issuing officer's signature_

City and state:      Washington, D.C. _____        Robin M. Meriweather, U.S. Magistrate Judge
                                                         _Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 3/4/21 , and the person was arrested on _(date)_ 3/8/21 at _(city and state)_ Bristow, VA . |
| Date: 3/9/21 _____                    _____ _Arresting officer's signature_  SA John Y. Nagashima, FBI  _Printed name and title_ |