UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

      v.                                            : Crim. No. 21-mj-280(RMM)

Jessica Bustle                              :

     Defendant                      :

### ENTRY OF APPEARANCE

Please enter my appearance as appointed counsel for the above named Defendant **nunc pro tunc** to March 8. 2021

_____/s/_____
Thomas Abbenante #227934
888 17th Street NW
Suite 1200
Washington, DC 20006
202-223-6539

tabbenante@aol.com