AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-mj-00280-RMM-2 |
| JESSICA LOUISE BUSTLE | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JESSICA LOUISE BUSTLE.

Date: 03/16/2021

*Attorney's signature*

NABEEL KIBRIA DC BAR #1022468
*Printed name and bar number*

1627 I (EYE) ST., NW
SUITE 600, #509
WASHINGTON, DC 20006

*Address*

nabeel@ervinkibrialaw.com
*E-mail address*

(202) 689-4439
*Telephone number*

*FAX number*

Print   Save As...   Reset